UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA VASQUEZ,<br><br>               Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | C18-5596 TSZ<br><br>ORDER |

Plaintiff's unopposed motion, docket no. 16, is GRANTED, and it is hereby ORDERED that, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, attorney's fees of $5,405.80 shall be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney D. James Tree's address: D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney fees will be paid directly to the order of D. James Tree.

IT IS SO ORDERED.

Dated this 25th day of September, 2019.

                                                          Thomas S. Zilly
                                                          United States District Judge

ORDER - 1